UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| TARUN N. SURTI, Plaintiff, | ) | No. 1:26-cv-2697 |
| v. | ) | |
| TRAMEC SLOAN, LLC, Defendant. | ) | Honorable Paul L. Maloney |

**ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF ITS RENEWED MOTION TO COMPEL AND PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT NUNC PRO TUNC**

The Middle District of Tennessee transferred this case to this court on October 5, 2026. There were four pending motions when the Middle District of Tennessee transferred the case. As explained below, two of the motions arise out of an alleged violation of the Middle District of Tennessee's local rules and are therefore now moot.

On March 20, 2026, Plaintiff filed a Renewed Motion to Compel Production of Documents and for Supplemental Business Entity Disclosure. ECF No. 43. Defendant responded, and Plaintiff filed a Reply in Support of Renewed Motion to Compel (the "Reply"). ECF No. 45. Defendant then filed a Motion to Strike Plaintiff's Reply in Support of its Renewed Motion to Compel, ECF No. 46, arguing that Plaintiff's Reply violated the Middle District of Tennessee's Local Rule 7.01(a)(4). In response, Plaintiff filed a Motion for Leave to Exceed Page Limit Nunc Pro Tunc. ECF No. 47.

Because the Middle District of Tennessee's local rules do not apply in this court, the court **DENIES** Defendant's Motion to Strike Plaintiff's Reply in Support of its Renewed Motion to Compel, ECF No. 46, and Plaintiff's Motion for Leave to Exceed Page Limit Nunc Pro Tunc, ECF No. 47, as moot.

**IT IS SO ORDERED.**

Date: October 15, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge