UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TARUN N. SURTI, Plaintiff, | No. 1:26-cv-2697 |
| v. | Honorable Paul L. Maloney |
| TRAMEC SLOAN, LLC, Defendant. | |

**ORDER DENYING PLAINTIFF'S PROTECTIVE MOTION FOR EXTENSION OF TIME DUE TO INTERNATIONAL TRAVEL**

On July 1, 2026, Plaintiff filed a Protective Motion for Extension of Time Due to International Travel (the "Motion"). ECF No. 52. In his Motion, Plaintiff requested an extension of time to respond to any filings between June 30, 2026, and August 2, 2026. Plaintiff notified the court that he would be travelling during that time. It is now October 15, 2026, so Plaintiff's request is moot.

The court therefore **DENIES** Plaintiff's Motion as moot. ECF No. 52.

**IT IS SO ORDERED.**

Date: October 15, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge